CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
9/3/2021
JULIA C. DUDLEY, CLERK
BY: s/ A. Little
      DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| STACY R.,[1] | |
| *Plaintiff*, | CASE NO. 6:20-cv-00029 |
| v. | JUDGMENT |
| KILOLO KIJAKAZI,<br>ACTING COMMISSIONER OF SOCIAL SECURITY,[2] | JUDGE NORMAN K. MOON |
| *Defendant*. | |

For the reasons stated in the Order accompanying this Judgment, it is **ADJUDGED AND ORDERED** that the Commissioner of Social Security's final decision denying benefits will be and hereby is **VACATED AND REMANDED**. This case shall be **STRICKEN** from the active docket of the Court.

The Clerk of Court is directed to send this Judgment to all counsel of record.

ENTERED this __3rd__ day of September, 2021.

*[signature]*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] The Court adopts the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States that courts only use the first name and last initial of the claimant in social security opinions.

[2] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021, and pursuant to Fed. R. Civ. P. 25(d), is hereby substituted for Andrew Saul as defendant in this case.